1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,

Case No. 15cr1052-MMA

12 |      Plaintiff,

13 |     v.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

14 | VICTOR SOLORZANO,

15 |      Defendant.

[Doc. No. 70]

16
17
18

19     Defendant Victor Solorzano moves for early termination of his term of

20 supervised release. *See* Doc. No. 70. To date, Defendant has served more than

21 two-thirds of the term imposed by the Court. *See id.* at 1. According to

22 Defendant, United States Probation and the government do not oppose

23 Defendant's motion. *See id*.

24     After considering the factors set forth in Title 18, section 3553(a), the Court

25 may "terminate a term of supervised release and discharge the defendant released

26 at any time after the expiration of one year of supervised release . . . if it is

27 satisfied that such action is warranted by the conduct of the defendant released

28 and the interest of justice." 18 U.S.C. § 3583(e)(1).

1    Upon due consideration of the applicable statutory factors, the Court

2  **GRANTS** Defendant's motion and **ORDERS** that his remaining term of

3  supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date

4  this Order is filed.

5    **IT IS SO ORDERED**.

6  DATE: July 28, 2020

7    HON. MICHAEL M. ANELLO
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                        15cr1052-MMA